WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>            Plaintiff,                   )<br>                                              )<br>vs.                                           )<br>                                              )<br>Joseph Clemente Leon, III,       )<br>            Defendant.                )<br>_____)  | CR-01-1144-7-PHX-FJM<br><br><br><br><u>**ORDER**</u> |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on May 31, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. <u>United States v. Loya</u>, 23 F.3d 1529 (9th Cir. 1994).

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3    DATED this 7th day of June, 2007.

                                                */s/ Lawrence O. Anderson*
                                                Lawrence O. Anderson
                                                United States Magistrate Judge